# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

MAURO RAMIREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2271

————————————————

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teresa K. Dees, Judge.

Mauro Ramirez, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.